# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 14-11375
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

October 16, 2015

Lyle W. Cayce
Clerk

CHRISTOPHER SHAWN COLLIER,

Petitioner - Appellant

v.

MYRON BATTS,

Respondent - Appellee

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 1:14-CV-187

Before BARKSDALE, DENNIS, and SOUTHWICK, Circuit Judges.

PER CURIAM:*

Proceeding *pro se*, Christopher Shawn Collier, federal prisoner # 10070-180, appeals the dismissal, for lack of jurisdiction, of his 28 U.S.C. § 2241 petition. Collier challenges his 360-month sentence imposed following his conviction in 2002 of conspiracy to possess with intent to distribute 50 grams of methamphetamine and possession of methamphetamine, in violation of 21 U.S.C. §§ 841 and 846.

---

* Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.

No. 14-11375

*Pro se* briefs are afforded liberal construction. *Yohey v. Collins*, 985 F.2d 222, 225 (5th Cir. 1993). Nevertheless, the failure to identify any error in the district court's analysis is the same as if the appellant had not appealed the issue. *Brinkmann v. Dallas Cty. Deputy Sheriff Abner*, 813 F.2d 744, 748 (5th Cir. 1987). Because Collier fails to challenge the district court's dismissal of his § 2241 petition for lack of jurisdiction, he has abandoned the critical issue of this appeal.

AFFIRMED.